UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL BLACK<br>FARMERS ASSOCIATION<br>P.O. Box 74433<br>Richmond, VA 23236,<br><br>BRUCE BAYLESS<br>2098 County Road 8<br>Laurel, MS 39440,<br><br>DEMESTRA L. WINDING<br>287A Carmel Church Road<br>Natchez, MS 39120<br><br>- and -<br><br>ADDITIONAL PLAINTIFFS AS LISTED<br>IN APPENDIX A,<br><br>    Plaintiffs,<br><br>    v.<br><br>ED SCHAFER, Secretary<br>THE UNITED STATES DEPARTMENT<br>OF AGRICULTURE<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250,<br><br>    Defendant. | Civil Action No. 08-cv-00940-PLF |

**NOTICE OF APPEARANCE**

Please notice the appearance of Laurel Pyke Malson as counsel for Plaintiffs in the above-captioned matter.

Dated: June 10, 2008

Respectfully submitted,

_____/s/_____  
Andrew H. Marks, D.C. Bar No. 932269  
Laurel Pyke Malson, D.C. Bar No. 317776  
David E. Bell, D.C. Bar No. 477903  
Ashley R. Riveira, D.C. Bar No. 492694  
CROWELL & MORING LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, DC 20004  
Phone: 202-624-2500  
Fax: 202-628-5116  

*Counsel for Plaintiffs*

Of Counsel:

James Scott Farrin, Esq.
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham NC, 27703
Phone: 919-688-4991
Fax: 919-688-4468

Donald McEachin, Esq.
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
Phone: 804-226-4111
Fax: 804-226-8888

## **CERTIFICATE OF SERVICE**

I hereby Certify that a copy of the forgoing Notice of Appearance was sent on June 10, 2008 by first class mail to:

>Ed Schafer, Secretary
>United States Department of Agriculture
>1400 Independence Avenue, S.W.
>Washington, DC 20250

/s/
David E. Bell
