UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL BLACK<br>FARMERS ASSOCIATION<br>P.O. Box 74433<br>Richmond, VA 23236,<br><br>BRUCE BAYLESS<br>2098 County Road 8<br>Laurel, MS 39440,<br><br>DEMESTRA L. WINDING<br>287A Carmel Church Road<br>Natchez, MS 39120<br><br>- and -<br><br>ADDITIONAL PLAINTIFFS AS LISTED<br>IN APPENDIX A,<br><br>        Plaintiffs,<br><br>        v.<br><br>ED SCHAFER, Secretary<br>THE UNITED STATES DEPARTMENT<br>OF AGRICULTURE<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250,<br><br>        Defendant. | Civil Action No. 08-cv-00940-PLF |

**NOTICE OF APPEARANCE**

    Please notice the appearance of Andrew H. Marks as counsel for Plaintiffs in the above-captioned matter.

Dated:  June 10, 2008                                    Respectfully submitted,

                                                /s/
                                      Andrew H. Marks, D.C. Bar No. 932269
                                      Laurel Pyke Malson, D.C. Bar No. 317776
                                      David E. Bell, D.C. Bar No. 477903
                                      Ashley R. Riveira, D.C. Bar No. 492694
                                      CROWELL & MORING LLP
                                      1001 Pennsylvania Avenue, N.W.
                                      Washington, DC 20004
                                      Phone:  202-624-2500
                                      Fax:  202-628-5116

                                      *Counsel for Plaintiffs*

Of Counsel:

    James Scott Farrin, Esq.
    LAW OFFICES OF JAMES SCOTT FARRIN
    4819 Emperor Boulevard, Suite 200
    Durham NC, 27703
    Phone: 919-688-4991
    Fax: 919-688-4468

    Donald McEachin, Esq.
    MCEACHIN & GEE LLP
    4719 Nine Mile Road
    Richmond, VA 23223
    Phone: 804-226-4111
    Fax: 804-226-8888

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of the forgoing Notice of Appearance was sent on June 10, 2008 by first class mail to:

>Ed Schafer, Secretary
>United States Department of Agriculture
>1400 Independence Avenue, S.W.
>Washington, DC 20250

/s/<br>David E. Bell