# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY LEE AGEE** *et al.*,       )<br>                                                     )<br>     **Plaintiffs**,                              )<br>                                                     )<br>     v.                                              )<br>                                                     )<br>**ED SCHAFER, Secretary**          )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF AGRICULTURE,**                  )<br>1400 Independence Avenue, S.W. )<br>Washington, DC 20250,              )<br>                                                     )<br>     **Defendant.**                            )<br>_____) | **Civil Action No. 08-cv-882 (PLF)** |
| **FOREST KIMBROUGH** *et al.*, )<br>                                                     )<br>     **Plaintiffs**,                              )<br>                                                     )<br>     v.                                              )<br>                                                     )<br>**ED SCHAFER, Secretary**          )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF AGRICULTURE,**                  )<br>1400 Independence Avenue, S.W. )<br>Washington, DC 20250,              )<br>                                                     )<br>     **Defendant.**                            )<br>_____) | **Civil Action No. 08-cv-901 (PLF)** |
| **LINDA ADAMS** *et al.*,           )<br>                                                     )<br>     **Plaintiffs**,                              )<br>                                                     )<br>     v.                                              )<br>                                                     )<br>**ED SCHAFER, Secretary**          )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF AGRICULTURE,**                  )<br>1400 Independence Avenue, S.W. )<br>Washington, DC 20250,              )<br>                                                     )<br>     **Defendant.**                            )<br>_____) | **Civil Action No. 08-cv-919 (PLF)** |

| | | |
|---|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-940 (PLF) |
| ED SCHAFER, Secretary THE UNITED STATES DEPARTMENT OF AGRICULTURE, 1400 Independence Avenue, S.W. Washington, DC 20250, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |
| WILLIE E. BENNETT *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-962 (PLF) |
| ED SCHAFER, Secretary THE UNITED STATES DEPARTMENT OF AGRICULTURE, 1400 Independence Avenue, S.W. Washington, DC 20250, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO CONTINUE THE JUNE 20, 2008
STATUS CONFERENCE TO A LATER DATE**

The Parties to these actions hereby request that this Court postpone the status conference scheduled for Thursday, June 20, 2008 to a date to be determined. Undersigned counsel are actively exploring approaches to a fair and efficient resolution of these cases and believe that additional time would serve the interests of judicial efficiency as well.

WHEREFORE, for the reasons outlined above, all Parties request that the Court delay the status conference until a later date that will be mutually agreed upon by the Court and the Parties.

FOR THE PLAINTIFFS:                              Respectfully submitted,

_____/s/_____
Andrew H. Marks, D.C. Bar No. 932269
Laurel Pyke Malson, D.C. Bar No. 317776
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  (202) 624-2500
Fax:  (202) 628-5116
Email:  amarks@crowell.com
Email:  lmalson@crowell.com

Attorneys for National Black Farmers Association and the Individual Plaintiffs in Case No. 08-cv-940 (PLF)

_____/s/_____
J. L. Chestnut, Jr.
Henry Sanders
Rose M. Sanders
Chestnut, Sanders, Sanders,
 Pettaway & Campbell, L.L.C.
One Union Street
Selma, Al  36702
Tel:  (334) 875-9264
Fax:  (334) 875-9853

_____/s/_____
Phillip L. Fraas D.C. Bar #211219
818 Connecticut Ave., N.W.
Washington, DC  20006
Tel:  (202) 223-1499
Fax:  (202) 223-1699
Email:  pfraas@phillipfraaslaw.com

            /s/
David J. Frantz D.C. Bar #202853
Brian P. Phelan D.C. Bar #193441
Conlon, Frantz & Phelan, LLP
1818 N Street, N.W. #400
Washington, DC  20036
Tel:  (202) 331-7050
Fax:  (202) 331-9306
Email:  dfrantz@conlonfrantz.com
Email:  bphelan@conlonfrantz.com

Attorneys for Forest Kimbrough et al., in Case No. 08-cv-901 (PLF)

            /s/
Harris L. Pogust, D.C. Bar No. AR 0001
Pogust, Braslow & Millrood, LLC
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Tel:  (610) 941-4204
Fax:  (610) 941-4245
Email:  hpogust@pbmattorneys.com

Attorneys for the Individual Plaintiffs in
Case No. 08-cv-882 (PLF)
Case No. 08-cv-919 (PLF)
Case No. 08-cv-962 (PLF)

FOR THE DEFENDANT:        Respectfully submitted,


GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


            /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
DORIS D. COLES-HUFF, D.C.Bar # 461437
Assistant United States Attorney

Civil Division, Room E4216
555 Fourth Street, N.W.
Washington, DC  20530
Tel:  (202) 514-7170
Email:  Doris.Coles@usdoj.gov


_____/s/_____
MICHAEL SITCOV, D.C. Bar # 308692
RACHEL J. HINES, D.C. Bar # 424774
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
Tel:  (202) 514-1944
Email:  michael.sitcov@usdoj.gov
Email:  rachel.hines@usdoj.gov