UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY LEE AGEE** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-882 (PLF) |
| | ) | |
| **ED SCHAFER**, Secretary | ) | |
| **THE UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE**, | ) | |
| 1400 Independence Avenue, S.W. | ) | |
| Washington, DC 20250, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **FOREST KIMBROUGH** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-901 (PLF) |
| | ) | |
| **ED SCHAFER**, Secretary | ) | |
| **THE UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE**, | ) | |
| 1400 Independence Avenue, S.W. | ) | |
| Washington, DC 20250, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **LINDA ADAMS** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-919 (PLF) |
| | ) | |
| **ED SCHAFER**, Secretary | ) | |
| **THE UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE**, | ) | |
| 1400 Independence Avenue, S.W. | ) | |
| Washington, DC 20250, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION *et al.*,        )<br>)<br>    Plaintiffs,                                          )<br>)<br>v.                                                        )<br>)<br>ED SCHAFER, Secretary                       )<br>THE UNITED STATES DEPARTMENT )<br>OF AGRICULTURE,                              )<br>1400 Independence Avenue, S.W.        )<br>Washington, DC 20250,                        )<br>)<br>    Defendant.                                        )<br>_____)<br>WILLIE E. BENNETT *et al.*,                     )<br>)<br>    Plaintiffs,                                          )<br>)<br>v.                                                        )<br>)<br>ED SCHAFER, Secretary                       )<br>THE UNITED STATES DEPARTMENT )<br>OF AGRICULTURE,                              )<br>1400 Independence Avenue, S.W.        )<br>Washington, DC 20250,                        )<br>)<br>    Defendant.                                        )<br>_____) | Civil Action No. 08-cv-940 (PLF)<br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 08-cv-962 (PLF) |

**REVISED JOINT MOTION TO CONTINUE THE JUNE 19, 2008<br>STATUS CONFERENCE TO A LATER DATE**

The Parties to these actions hereby request that this Court postpone the status conference scheduled for Thursday, June 19, 2008 to a date to be determined. Undersigned counsel are actively exploring approaches to a fair and efficient resolution of these cases and believe that additional time would serve the interests of judicial efficiency as well.

The Parties filed a motion earlier today that mistakenly stated that the status conference is June 20, 2008.  The correct date for the status conference is June 19, 2008, as stated above.  This motion should replace the erroneous motion filed earlier today.

WHEREFORE, for the reasons outlined above, all Parties request that the Court delay the status conference until a later date that will be mutually agreed upon by the Court and the Parties.

FOR THE PLAINTIFFS:                                      Respectfully submitted,

June 18, 2008                                            _____/s/_____
                                                         Andrew H. Marks, D.C. Bar No. 932269
                                                         Laurel Pyke Malson, D.C. Bar No. 317776
                                                         CROWELL & MORING LLP
                                                         1001 Pennsylvania Avenue, N.W.
                                                         Washington, DC  20004
                                                         Tel:  (202) 624-2500
                                                         Fax:  (202) 628-5116
                                                         Email:  amarks@crowell.com
                                                         Email:  lmalson@crowell.com

                                                         Attorneys for National Black Farmers
                                                         Association and the Individual Plaintiffs in
                                                         Case No. 08-cv-940 (PLF)


                                                         _____/s/_____
                                                         J. L. Chestnut, Jr.
                                                         Henry Sanders
                                                         Rose M. Sanders
                                                         Chestnut, Sanders, Sanders,
                                                           Pettaway & Campbell, L.L.C.
                                                         One Union Street
                                                         Selma, Al  36702
                                                         Tel:  (334) 875-9264
                                                         Fax:  (334) 875-9853


                                                         _____/s/_____
                                                         Phillip L. Fraas D.C. Bar #211219

       818 Connecticut Ave., N.W.
       Washington, DC  20006
       Tel:  (202) 223-1499
       Fax:  (202) 223-1699
       Email:  pfraas@phillipfraaslaw.com


       _____/s/_____
       David J. Frantz D.C. Bar #202853
       Brian P. Phelan D.C. Bar #193441
       Conlon, Frantz & Phelan, LLP
       1818 N Street, N.W. #400
       Washington, DC  20036
       Tel:  (202) 331-7050
       Fax:  (202) 331-9306
       Email:  dfrantz@conlonfrantz.com
       Email:  bphelan@conlonfrantz.com

       Attorneys for Forest Kimbrough et al.,
       in Case No. 08-cv-901 (PLF)


       _____/s/_____
       Harris L. Pogust, D.C. Bar No. AR 0001
       Pogust, Braslow & Millrood, LLC
       161 Washington Street, Suite 1520
       Conshohocken, PA  19428
       Tel:  (610) 941-4204
       Fax:  (610) 941-4245
       Email:  hpogust@pbmattorneys.com

       Attorneys for the Individual Plaintiffs in
       Case No. 08-cv-882 (PLF)
       Case No. 08-cv-919 (PLF)
       Case No. 08-cv-962 (PLF)


FOR THE DEFENDANT:       Respectfully submitted,


       GREGORY G. KATSAS
       Acting Assistant Attorney General

       JEFFREY A. TAYLOR, D.C. Bar # 498610
       United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
DORIS D. COLES-HUFF, D.C.Bar # 461437
Assistant United States Attorney
Civil Division, Room E4216
555 Fourth Street, N.W.
Washington, DC  20530
Tel:  (202) 514-7170
Email:  Doris.Coles@usdoj.gov


                /s/
MICHAEL SITCOV, D.C. Bar # 308692
RACHEL J. HINES, D.C. Bar # 424774
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
Tel:  (202) 514-1944
Email:  michael.sitcov@usdoj.gov
Email:  rachel.hines@usdoj.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY LEE AGEE** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-882 (PLF) |
| ) | |
| **ED SCHAFER**, Secretary ) | |
| **THE UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE,** ) | |
| 1400 Independence Avenue, S.W. ) | |
| Washington, DC 20250, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| **FOREST KIMBROUGH** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-901 (PLF) |
| ) | |
| **ED SCHAFER**, Secretary ) | |
| **THE UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE,** ) | |
| 1400 Independence Avenue, S.W. ) | |
| Washington, DC 20250, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| **LINDA ADAMS** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-919 (PLF) |
| ) | |
| **ED SCHAFER**, Secretary ) | |
| **THE UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE,** ) | |
| 1400 Independence Avenue, S.W. ) | |
| Washington, DC 20250, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | | |
|---|---|---|
| **NATIONAL BLACK FARMERS ASSOCIATION** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **Civil Action No. 08-cv-940 (PLF)** |
| **ED SCHAFER**, Secretary **THE UNITED STATES DEPARTMENT OF AGRICULTURE,** 1400 Independence Avenue, S.W. Washington, DC 20250, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |
| **WILLIE E. BENNETT** *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **Civil Action No. 08-cv-962 (PLF)** |
| **ED SCHAFER**, Secretary **THE UNITED STATES DEPARTMENT OF AGRICULTURE,** 1400 Independence Avenue, S.W. Washington, DC 20250, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Upon consideration of the Revised Joint Motion to Continue the June 19, 2008 Status Conference to a Later Date, IT IS ORDERED that the Motion be and hereby is GRANTED.

Dated this ___ day of _____, 2008.

                                          BY THE COURT:

                                          _____
                                          UNITED STATES DISTRICT JUDGE